# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724 |
| **THIS DOCUMENT RELATES TO:**<br>*CVS Pharmacy, Inc. v. Actavis Elizabeth, LLC, et al.* | **HON. CYNTHIA M. RUFE**<br>Individual Case No. 20-6310 |

## ORDER

**AND NOW**, this 19th day of January 2021, upon consideration of the attached Joint Stipulation to Waive Service and Extend the Deadline for Defendants to Respond to the complaint filed by CVS Pharmacy, Inc., it is hereby **ORDERED** that the Stipulation is **APPROVED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*CVS Pharmacy, Inc. v. Actavis Elizabeth, LLC, et al.* | HON. CYNTHIA M. RUFE<br><br>Individual Case No.: 2:20-cv-06310-CMR |

**JOINT STIPULATION TO WAIVE SERVICE AND EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

WHEREAS, Plaintiff CVS Pharmacy, Inc. ("Plaintiff") filed a Complaint on December 15, 2020, in *CVS Pharmacy, Inc. v. Actavis Elizabeth, LLC, et al.*, Case No. 2:20-cv-06310-CMR, which appears as a related case in *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, Case No. 16-md-02724-CMR, MDL No. 2724;

WHEREAS, Defendants Actavis Elizabeth, LLC; Actavis Holdco U.S., Inc.; Actavis Pharma, Inc.; Alvogen, Inc.; Amneal Pharmaceuticals, Inc.; Amneal Pharmaceuticals LLC; Amneal Pharmaceuticals of New York, LLC; Apotex Corp.; Ascend Laboratories, LLC; Aurobindo Pharma USA, Inc.; Bausch Health Americas, Inc.; Bausch Health US, LLC; Breckenridge Pharmaceutical, Inc.; Camber Pharmaceuticals, Inc.; Citron Pharma, LLC; DAVA Pharmaceuticals, LLC; Dr. Reddy's Laboratories, Inc.; Emcure Pharmaceuticals, Ltd.; Epic Pharma, LLC; Fougera Pharmaceuticals Inc.; Generics Bidco I, LLC; Glenmark Pharmaceuticals Inc., USA; Greenstone LLC; G&W Laboratories, Inc.; Heritage Pharmaceuticals, Inc.; Hikma Pharmaceuticals USA, Inc.; Hikma Labs Inc.; Impax Laboratories, LLC; Jubilant Cadista Pharmaceuticals Inc.; Lannett Company, Inc.; Lupin Pharmaceuticals, Inc.; Mayne Pharma Inc.; Morton Grove Pharmaceuticals, Inc.; Mylan Inc.; Mylan Institutional Inc.; Mylan Pharmaceuticals, Inc.; Mylan N.V.; Oceanside Pharmaceuticals, Inc.; Par Pharmaceutical Companies, Inc.; Par Pharmaceutical, Inc.; Perrigo New York, Inc.[1]; Pfizer Inc.; Sandoz Inc.; Sun

---

[1] Perrigo Company, plc is not a Stipulating Defendant.

Pharmaceutical Industries, Inc.; Taro Pharmaceuticals U.S.A., Inc.; Taro Pharmaceutical Industries Ltd.; Teligent, Inc.; Teva Pharmaceuticals USA, Inc.; Torrent Pharma Inc.; Upsher-Smith Laboratories, LLC; Viatris Inc.; West-Ward Columbus Inc; Wockhardt USA LLC; Zydus Pharmaceuticals (USA) Inc., (collectively, "Stipulating Defendants") have agreed to waive service of the Complaint and the parties have reached an agreement to extend the time within which the Stipulating Defendants must move against, answer, or otherwise respond to the Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of the parties, as follows:

1. The Stipulating Defendants waive service of Plaintiff's Complaint and Summonses pursuant to Federal Rule of Civil Procedure 4(d), and this Stipulation shall be deemed proof of that waiver pursuant to Federal Rule of Civil Procedure 4(d)(4).

2. The deadline for the Stipulating Defendants to respond to Plaintiff's Complaint shall be ADJOURNED until such time that the Court enters a Case Management Order setting such a schedule.

3. This stipulation does not constitute a waiver by the Stipulating Defendants of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12.

IT IS SO STIPULATED.

Dated: January 15, 2021

| | |
|---|---|
| /s/ Ethan E. Litwin | /s/ Jan P. Levine |
| Ethan E. Litwin | Jan P. Levine |
| Matthew L. Cantor | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| CONSTANTINE CANNON LLP | 3000 Two Logan Square |
| 335 Madison Avenue | Eighteenth & Arch Streets |
| New York, New York 10017 | Philadelphia, PA 19103-2799 |
| (212) 350-2700 | Tel: (215) 981-4000 |
| elitwin@constantinecannon.com | Fax: (215) 981-4750 |
| mcantor@constantinecannon.com | jan.levine@troutman.com |
| | |
| /s/ Allison F. Sheedy | /s/ Sheron Korpus |
| Allison F. Sheedy | Sheron Korpus |
| CONSTANTINE CANNON LLP | KASOWITZ BENSON TORRES LLP |

| | |
|---|---|
| 1001 Pennsylvania Avenue, N.W., Suite 1300N<br>Washington, D.C. 20004<br>(202) 204-3500<br>asheedy@constantinecannon.com | 1633 Broadway<br>New York, New York 10019<br>Tel: (212) 506-1700<br>Fax: (212) 506-1800<br>skorpus@kasowitz.com |
| ***Counsel for Plaintiff CVS Pharmacy, Inc.*** | */s/ Devora W. Allon*<br>Devora W. Allon, P.C.<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>(212) 909-3344<br>devora.allon@kirkland.com<br>alexia.brancato@kirkland.com |
| | */s/ Sarah F. Kirkpatrick*<br>Sarah F. Kirkpatrick<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>Phone: (202) 434-5000<br>Fax: (202) 434-5029<br>skirkpatrick@wc.com |
| | */s/ Chul Pak*<br>Chul Pak<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Fl.<br>New York, NY 10019<br>Tel: (212) 999-5800<br>Fax: (212) 999-5899<br>cpak@wsgr.com |
| | ***Liaison Counsel for Defendants*** |